UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY BROWN AND<br>LEONTINE BROWN | * | CIVIL ACTION |
| VS. | * | NUMBER |
| ARCH INSURANCE COMPANY,<br>IESI LA CORPORATION AND<br>IESI LA LANDFILL CORPORATION | * | SECT.          MAG. |

FILED:_____          _____
                                                                    DEPUTY CLERK

## COMPLAINT

Plaintiff invokes the jurisdiction of this Court as established under Title 28, Section 1332 of the United States Code.

1. Leroy Brown, a person of full age and majority and domiciled in Jefferson Parish, Louisiana; and

2. Leontine Brown, a person of full age and majority and domiciled in Jefferson Parish, Louisiana.

The above named plaintiffs respectfully represent as follows, to-wit:

I.

The following named parties are made defendants herein, to-wit:

(a) ARCH INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana (hereinafter referred to as "Arch");

(b) IESI LA CORPORATION, a Delaware corporation authorized to do and doing business in the State of Louisiana with its principal place of business in Fort Worth, Texas (hereinafter referred to as "IESI") ;

(c) IESI LA LANDFILL CORPORATION, a Delaware corporation authorized to do and doing business in the State of Louisiana with its principal place of business in Fort Worth, Texas (hereinafter referred to as "IESI LA").

II.

The above named defendants are responsible and liable jointly, severally, solidarily and vicariously to petitioners because of the following:

III.

This action results from a two vehicle collision occurring in St. Charles Parish, Louisiana on or about June 23, 2010.

IV.

Plaintiff, Leroy Brown was the driver of a 2001 Chevrolet truck and was stopped for a red light on the I-310 southbound off ramp at the intersection of U.S. 90.  At the same time a 2005 commercial garbage truck being driven by Reggie Baker and owned by IESI and/or IESI LA was proceeding southbound down the I-310 off ramp and directly behind plaintiff..

V.

Reggie Baker, failed to stop his vehicle in time and struck the rear of plaintiff's vehicle.

VI.

Upon the impact and collision, Leroy Brown's vehicle was propelled into the traffic of the westbound lane of U.S. 90, causing plaintiff to strike a vehicle and plaintiff was violently thrown about in the truck.

VII.

As a result of the above accident, plaintiff, Leroy Brown, suffered and continues to suffer multiple personal, psychological and emotional injuries of a past, present, and continuing nature.

VIII.

Plaintiff, has undergone medical treatment since the accident and will undergo further treatment. Plaintiff was and still is limited from his normal activities as a result of the accident.

IX.

The defendant, IESI and/or IESI LA, are guilty of the following acts of negligence, gross negligence, and/or omissions which proximately caused or proximately contributed to the accident of June 23, 2010, described herein above and the injuries sustained by the plaintiff:

(a) negligently and carelessly failed to properly select, train, and or supervise their driver, Reggie Baker;

(b) negligently and carelessly put or allowed to remain on the road an unqualified and/or reckless driver;

(c) negligently and carelessly failed to screen and test their driver periodically to monitor and evaluate his safety orientation;

(d) negligently and carelessly failed to develop, promulgate, adopt, and/or implement

    safety policies, procedures and practices for their driver;

(e) negligently and carelessly failed to provide periodic systematic safety and/or defensive driving training for their driver;

(f) negligently and carelessly failed to provide remedial training of their driver;

(g) negligently entrusted their vehicle to Reggie Baker;

(h) any such other negligence or gross negligence and violations of rules, regulations, and statutes as may be shown at the trial of this matter.

X.

Leroy Brown itemizes the damages to which he is entitled as a result of the accident and injury proximately caused by the above described negligence of IESI and/or IESI LA as follows, to-wit:

 (a)  Past physical pain, suffering and discomfort

 (b)  Past mental anguish, aggravation, and annoyance

 (c)  Disability

 (d)  Future physical pain, suffering and discomfort

 (e)  Future mental anguish, aggravation and annoyance

 (f)  Past medical expenses

 (g)  Future medical expenses

 (h)  Loss of use of vehicle

 (i)  Sales tax

(j)  Loss of enjoyment of life

(k)   Loss of use/function of parts of body

(l) Bodily disability

(m)  Impairment of psychological functioning

(n) Disability from working to earn an income

(o) Destruction of earning capacity

(p) Disability from engaging in recreation

XI.

Plaintiff, Leontine Brown because of the injury and accident to her husband, suffered and continues to suffer loss of his consortium, companionship, society and friendship in that he is not the same person that she was before the accident.  Prior to the accident they had a very good and close relationship.  After the accident they often got into fights, they do not have the same marital relationship that they had prior to the accident, and he becomes easily aggravated and annoyed causing dissent and discord in their family and marriage.  The injury and accident caused their marriage and their relationship to deteriorate and their intimate marital relationship also changed.  Further, she was distressed at the prospect of him not being able to work and worried their income would decrease.  Further, she has experienced mental anguish over his injury, and the prospect of  future loss of income, means and livelihood.

XII.

Plaintiff, Leontine Brown, because of the injuries sustained by her husband, Leroy Brown, itemizes the damages to which he is entitled to-wit:

(a)   Deprivation of the companionship, love, affection, consortium, and society of her husband;

(b)   Grief, mental anguish and distress over her husband's injuries;

(c)   Loss of support.

XIII.

Plaintiffs strictly reserve the right to amend and supplement this complaint as necessary concerning damages.

XIV.

On the date of the accident, Arch Insurance Company had issued and in effect a policy of liability insurance in favor of IESI and/or IESI LA insuring against the risk of negligent operation of a motor vehicle.  As liability insurer, said insurer is jointly, severally and solidarily liable and responsible for the negligence and damages set forth above.

XV.

At the time of the accident Reggie Baker was acting in the course and scope of his employment with IESI and/or IESI LA as a driver.  As the employer of Reggie Baker, IESI and/or IESI LA are jointly, severally, solidarily and vicariously liable and responsible for the acts of negligence and damages caused by its said employee during the course and scope of said employee's employment.

XVI.

Plaintiffs further specifically plead the doctrine of <u>res ipsa loquitur</u> in that the accident and injuries and damages would not have occurred in absence of the negligence

of Reggie Baker, IESI and/or IESI LA.

XVII.

Plaintiffs allege the amount in controversy exceeds $75,000.00, the jurisdictional amount for diversity jurisdiction.

WHEREFORE, plaintiffs pray that defendants be cited and served and that after due proceedings are had there be judgment in favor of plaintiffs, Leroy Brown and Leontine Brown, and against the defendants, Arch Insurance Company, IESI LA Corporation and IESI LA Landfill Corporation, jointly, severally, solidarily and vicariously for such sums as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

AND THAT ALL EXPERT WITNESS FEES BE TAXED AS COSTS OF COURT.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

__/s/ Raynique Keelen-Williams
Michael Hingle, T.A. #6943
Raynique Keelen-Williams #31216
For the Firm
14281 University Avenue
Hammond, LA 70401
(985) 542-5500
Facsimile (985) 542-9774

PLEASE SERVE:

ARCH INSURANCE COMPANY
through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809


IESI LA CORPORATION
through its agent for service of process
CT Corporation
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

IESI LA LANDFILL CORPORATION
through its agent for service of process
CT Corporation
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808