UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY BROWN AND<br>LEONTINE BROWN | * | CIVIL ACTION |
| VS. | * | NUMBER 10-03051 |
| ARCH INSURANCE COMPANY,<br>IESI LA CORPORATION AND | * | JUDGE KURT D. ENGELHARDT |
| IESI LA LANDFILL CORPORATION | * | MAG. DANIEL E. KNOWLES, III |

**ORDER**

Considering the foregoing Motion of Partial Dismissal Without Prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that IESI LA Landfill Corporation be dismissed **without prejudice**, each party to bear its own costs, **reserving** plaintiff's rights against the remaining defendants, Arch Insurance Company and IESI LA Corporation, and all other named or unnamed parties.

New Orleans, Louisiana this 15th day of February, 2011.

_____
JUDGE KURT D. ENGELHARDT