**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEROY BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3051** |
| **ARCH INSURANCE COMPANY, ET AL** | **SECTION "N" (3)** |

<u>**ORDER OF DISMISSAL**</u>

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that these actions be and are hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this <u>12th</u> day of <u>August</u>, 2011.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**