UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEROY BROWN & LEONTINE BROWN** | * | NO. 2:10-cv-03051 |
| | * | |
| **VERSUS** | * | SECTION "N" |
| | * | |
| **ARCH INSURANCE COMPANY &** | * | MAGISTRATE "3" |
| **IESI LA CORPORATION** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**WHEREFORE**, considering the accompanying motion to dismiss;

**IT IS HEREBY ORDERED**, adjudged and decreed that the above-captioned civil action be and hereby is dismissed with prejudice, each party to bear its respective costs.

New Orleans, Louisiana, this  7th  day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE